IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY                                                                                   PLAINTIFF
ADC #760343

v.                          CASE NO. 1:17-CV-00055 BSM

HUGHES, Doctor
ADC; *et al.*                                                                                    DEFENDANT

## ORDER

The proposed findings and recommendations [Doc. No. 6] submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After a careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Plaintiff Lisa R. Murphy's complaint [Doc. No. 2] is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. Section 1915(a)(3), that an *in forma pauperis* appeal from this order adopting the recommended disposition and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 15th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE